NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**SHEIK AARON HUNTER-EL,**
*Plaintiff-Appellant,*

**v.**

**UNITED STATES,**
*Defendant-Appellee.*

---

2014-5122

---

Appeal from the United States Court of Federal Claims in No. 1:14-cv-00139-FMA, Judge Francis M. Allegra.

---

**ON MOTION**

---

**O R D E R**

Sheik Aaron Hunter-El moves for leave to proceed in forma pauperis.

Hunter-El is currently incarcerated. He must therefore submit Federal Circuit Form 6A, the Supplemental In Forma Pauperis Form for Prisoners.

Accordingly,

2                                    HUNTER-EL v. US

IT IS ORDERED THAT:

The motion is denied without prejudice to Hunter-El completing and returning Federal Circuit Forms 6 and 6A (enclosed) within 30 days of the date of this order.  If the forms are not timely received, this appeal will be dismissed for failure to prosecute.

FOR THE COURT

/s/ Daniel E. O'Toole
Daniel E. O'Toole
Clerk of Court

s24